IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **PHILLIP DEWAYNE STEWART**<br>**ADC #151956** | **PLAINTIFF** |
| VS. 5:18CV00241-BRW | |
| **A. GOINS, Lieutenant,**<br>**Randall Williams Unit, ADC;** *et al.* | **DEFENDANTS** |

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 4) submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 23rd day of October, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE